AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **Juan M. VASQUEZ, a/k/a Felipe DE LA ROSA-PEREZ** | CASE NUMBER: |
| DOB:  April 29, 1970<br>PDID: | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about _____January 22, 2006_____ in _____Washington, D.C._____ county, in the

_____ District of ___Columbia___ defendant(s) did, (Track Statutory Language of Offense)

reenter, and was found in, the United States after having been previously deported from the United
States,  without having obtained the express consent of the Attorney General of the United States to re-
apply for admission into the United States.

in violation of Title ___8___ United States Code, Section(s) ___1326(a)___.

I further state that I am ___Mark C. Leeper,  Special Agent with the U.S. Immigration and Customs Enforcement,
and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:      ☒ Yes      ☐ No

_____
Signature of Complainant

AUSA, G. Michael Harvey   (202) 305-2195
Sworn to before me and subscribed in my presence,

Mark C. Leeper, Special Agent
U.S. Immigration and Customs Enforcement

_____
Date

at      ___Washington, D.C.___
City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer