AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

JUAN M. VASQUEZ,
aka Felipe De La Rosa-Perez

**WARRANT FOR ARREST**

CASE NUMBER: 06-89-M-01

FILED
MAR 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Juan M. Vasquez, aka Felipe De La Rosa-Perez
                                        Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

reenter, and was found in, the United States after having been previously deported from the United States, without having obtained the express consent of the Attorney General of the United States to re-apply for admission into the United States.

in violation of Title 18 United States Code, Section(s) § 1326(a)

JOHN M. FACCIOLA                              JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE                         U.S. MAGISTRATE JUDGE
Name of Issuing Officer                       Title of Issuing Officer

/s/ John M. Facciola                          MAR 0 6 2006, District of Columbia
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____   by _____
                                     Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-6-06 | SGAN Melcos SDUSM | S. Buys |
| DATE OF ARREST 3-16-06 | | |