UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-mj-89** |
| | : | |
| v. | : | |
| | : | |
| **Juan M. Vasquez** | : | |
| | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney G. Michael Harvey at telephone number (202) 305-2195 and/or email address: Michael.Harvey2@usdoj.gov. Mr. Harvey will replace AUSA Angela George in this matter.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____

G. Michael Harvey
Assistant United States Attorney
Major Crimes Section, DC Bar # 447465
555 4th Street, N.W.  #4243
Washington, DC 20001
(202) 305-2195; Fax: (202) 514-6010